UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-11380

RIVIERA DISTRIBUTORS, INC.,
          Plaintiff(s),

-v-

RDI OF MICHIGAN, LLC,
          Defendant(s).

_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on May 11, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of subject matter

jurisdiction and an Order Requiring the Defendant to Disclose Citizenship of LLC Members

and Defendant having filed a response to that order, therefore;

IT IS ORDERED that the Court's Order to Show Cause for lack of subject

matter jurisdiction  be and the same is hereby SET ASIDE.


s/Patrick J. Duggan_____
Patrick J. Duggan
United States District Judge

Dated:  May 11, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record
on May 11, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem_____
Case Manager