**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RIVIERA DISTRIBUTORS, INC.,
an Illinois corporation,                               Case No. 09-cv-11380-PJD-VMM

              Plaintiff,                       District Judge Patrick J. Duggan

v.                                                     Magistrate Judge Virginia M. Morgan

RDI OF MICHIGAN, LLC,
a Michigan limited liability company,

              Defendant.
_____/

| | |
|---|---|
| Peter M. Falkenstein (P61375) | Robert D. Horvath (P27633) |
| Mark G. Cooper (P52657) | 2833 Crooks Rd., Suite 104 |
| David S. McDaniel (P56994) | Troy, MI 48084 |
| Jaffe Raitt Heuer & Weiss, PC | (248) 614-4770 |
| 201 S. Main St., Suite 300 | rdhjdlo@aol.com |
| Ann Arbor, Michigan 489104 | |
| (734) 222-4776 | *Attorney for Defendant/Counter-Plaintiff* |
| pfalkenstein@jaffelaw.com | |
| mcooper@jaffelaw.com | |
| dmcdaniel@jaffelaw.com | |

*Attorneys for Plaintiff/Counter-Defendant*
_____/

**ORDER**

**ALLOWING WITHDRAWAL OF ATTORNEY ROBERT D. HORVATH**

**FOR ENLARGEMENT OF TIME FOR DEFENDANT'S RESPONSE**
**TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D/E 33)**

**FOR EXTENSION OF DISCOVERY**

     This matter came before the Court on Robert D. Horvath's motion to withdraw as counsel for Defendant RDI of Michigan (D/E 42) for which a hearing was held on October 27, 2009, **IT IS HEREBY ORDERED**:

1818022.01

1.	The motion of Robert D. Horvath is granted and his appearance as counsel for Defendant RDI of Michigan is terminated.

2.	Defendant RDI of Michigan has 30 days in which to obtain new counsel.

3.	Defendant RDI of Michigan may have additional time to file its response to Plaintiff's pending motion for summary judgment (D/E 33) and that response is now due no later than November 30, 2009.

4.	Discovery is extended to January 31, 2010. However, if Howard Hertz (P26653) enters an appearance as counsel for Defendant RDI of Michigan, discovery is then extended to February 28, 2010.

5.	The time period for Stephen F. Wasinger, PLC and Anthony L. DeLuca, PLC to respond to Riviera Distributors, Inc.'s subpoenas to them is extended to November 30, 2009.

**IT IS SO ORDERED**

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 28, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

| Approved for entry: | Approved for entry: |
|---|---|
| s/ with consent Mark G. Cooper (P52657) | s/Robert D. Horvath (P27633) |
| Jaffe Raitt Heuer & Weiss, PC | 2833 Crooks Rd., Suite 104 |
| 27777 Franklin Road, Ste, 2500 | Troy, MI 48084 |
| Southfield, MI 48034 | (248) 614-4770 |
| (248) 351-3000 | rdhjdlo@aol.com |
| | |
| | *Attorney for Defendant/Counter-Plaintiff* |
| *Attorney for Plaintiff/Counter-Defendant* | |

1818022.01