RIVIERA DISTRIBUTORS, INC.,   No. 09-11380

     Plaintiff,     District Judge Patrick J. Duggan

v.           Magistrate Judge R. Steven Whalen

RDI OF MICHIGAN, LLC,

     Defendant.

_____ /

## ORDER

   Defendant RDI of Michigan, LLC's motion for enlargement of page limit for reply brief [Docket #125] is GRANTED. Defendant may file a reply brief regarding its motion to amend counterclaim and file third party complaint, not to exceed 15 pages. The reply brief shall be filed no later than 5:00 p.m. on June 8, 2010.

   IT IS SO ORDERED.

         S/R. Steven Whalen_____
         R. STEVEN WHALEN
         UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 7, 2010.

         S/Gina Wilson_____
         Judicial Assistant