UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RIVIERA DISTRIBUTORS, INC., | No. 09-11380 |
| Plaintiff, | District Judge Patrick J. Duggan |
| v. | Magistrate Judge R. Steven Whalen |
| RDI OF MICHIGAN, LLC, | |
| Defendant. | |

## ORDER

Plaintiff's motion to extend briefing deadline [Docket #119] to file response to Defendant's motion for leave to file amended counterclaim [Docket #107] is hereby GRANTED nunc pro tunc. The motion to amend was denied on June 10, 2010.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: July 20, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 20, 2010.

S/G. Wilson
Judicial Assistant