UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.09-11380

RIVIERA DISTRIBUTORS, INC.,

       Plaintiff(s),
-V-

RDI OF MICHIGAN, LLC,,

       Defendant(s).
_____/

ORDER OF DISMISSAL
At a session of said Court held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on September 8, 2011.

PRESENT:  THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a Stipulation for Dismissal but no order having been presented;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED with prejudice pursuant to the stipulation of the parties filed September 6, 2011.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated:  September 8, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2011, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager